IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAVID LEE HAYES                                                     PLAINTIFF

v.                                                 No. 4:12CV36-NBB-JMV

OFFICER TERRY GALLION
OFFICER NORRIS IRVING
OFFICER ANDREA CRUMP
OFFICER HARRIS
EMMITT SPARKMAN                                          DEFENDANTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the motion [30] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants as to all of the plaintiff's claims.

**SO ORDERED**, this, the 9th day of September, 2014.

                                                      /s/ Neal Biggers
                                                      NEAL B. BIGGERS
                                                      SENIOR U. S. DISTRICT JUDGE